RAB18J (10/05)

# United States Bankruptcy Court

### District of Utah
**Case No. <u>08−29202</u>**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jonathan E. Day
2778 West 200 North
Clearfield, UT 84015

Misty Lyn Day
2778 West 200 North
West Point, UT 84015

Social Security No.:
  xxx−xx−5213

  xxx−xx−9847

Employer's Tax I.D. No.:

Petition date: 12/30/08

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) are entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>4/21/10</u>

<u>Judith A. Boulden</u>
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM RAB18J continued (10/05)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 1088-2              User: mtm              Page 1 of 2              Date Rcvd: Apr 21, 2010
Case: 08-29202                    Form ID: rab18j        Total Noticed: 38
```

The following entities were noticed by first class mail on Apr 23, 2010.
```
db/jdb      +Jonathan E. Day,   Misty Lyn Day,   2778 West 200 North,   Clearfield, UT 84015-7238
aty         +Jory L. Trease,   254 West 400 South,   Suite 303,   Salt Lake City, UT 84101-1838
aty         +Mark S. Middlemas,   Lundberg & Associates,   3269 South Main Street,   Suite 100,
             Salt Lake City, UT 84115-3773
aty         +Mark S. x2Middlemas,   Lundberg & Associates,   3269 South Main Street,   Suite 100,
             Salt Lake City, UT 84115-3773
tr           David L. Miller tr,   P.O. Box 9,   Farmington, UT 84025-0009
ust         +United States Trustee,   Ken Garff Bldg.,   405 South Main Street,   Suite 300,
             Salt Lake City, UT 84111-3402
6261701     +Anytime Fitness,   1803 West 1800 North, #E4,   Clearfield, UT 84015-8576
6809743      Associates of Pathology,   PO Box 727,   Brigham City, UT 84302-0727
6809744     +Calton-Harrison Clinic,   4403 Harrison Blvd. #2400,   Ogden, UT 84403-3297
6261702      Citi Card,   PO Box 6000,   The Lakes, NV 89163-6000
6809745     +Commercial Collection Corporation,   P.O. Box 288,   Tonawanda, NY 14151-0288
6261704     +Cricket Cellular,   PO Box 660021,   Dallas, TX 75266-0021
6261705      DCFS USA LLC,   136509 Heritage Pkwy,   Fort Worth, TX 76177
6809746     +Davis Hospital,   P.O. Box 1022,   Wixom, MI 48393-1022
6809747     +Davis Hospital,   1600 West Antelope Drive,   Layton, UT 84041-1120
6809749     +Douglas Coombs, MD,   520 East Medical Drive #301,   Bountiful, UT 84010-8927
6809750      ER Solutions, Inc.,   800 SW 39th Street,   PO Box 9004,   Renton, WA 98057-9004
6809752    ++INTERMOUNTAIN HEALTHCARE,   PO BOX 27808,   SALT LAKE CITY UT 84127-0808
            (address filed with court: Intermountain Healthcare,   Mckay-Dee Hospital Center,
             4401 Harrison Blvd.,   Ogden, UT 84403)
6809751    ++INTERMOUNTAIN HEALTHCARE,   PO BOX 27808,   SALT LAKE CITY UT 84127-0808
            (address filed with court: Intermountain Healthcare,   Patient Financial Services,
             3930 Parkway Blvd.,   Salt Lake City, UT 84120)
6809753     +Intermountain Healthcare,   Mckay-Dee Surgical Center LLC,   3903 Harrison Blvd. #100,
             Ogden, UT 84403-2361
6809754     +Intermountain Medical Group,   P.O. Box 27128,   Salt Lake City, UT 84127-0128
6809755     +Intermountain Medical Group,   Calton-Harrison Orthopedic Clinic,   4403 Harrison Blvd. Ste. 2400,
             Ogden, UT 84403-3297
6809756     +Intermountain Medical Group - Bountiful,   390 North Main Street,   Bountiful, UT 84010-6046
6809757     +Mountain West Anesthesia,   1954 E Fort Union Blvd, Suite 100,   Salt Lake City, UT 84121-6875
6809758      North Shore Agency,   270 Spagnoli Road, Suite 111,   Melville, NY 11747-3515
6318346     +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   POB 41067,
             NORFOLK VA 23541-1067
6261708      THD/CBSD,   PO Box 6028,   The Lakes, NV 88901-6028
6809759     +Tanner Clinic,   P.O. Box 337,   Layton, UT 84041-0337
6261709    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: US Bank, N.A.,   4801 Frederica Street,   Owensboro, KY 42301)
6261710     +US Bank,   PO Box 20005,   Owensboro, KY 42304-0005
6261713     +WallWork Financial Corp,   PO Box 628,   Fargo, ND 58107-0628
```

The following entities were noticed by electronic transmission on Apr 21, 2010.
```
6261703     +EDI: PHINARCADIA.COM Apr 21 2010 18:48:00     CitiFinancial Auto Credit, Inc.,   PO Box 9578,
             Coppell TX 75019-9513
6849948      EDI: PHINARCADIA.COM Apr 21 2010 18:48:00     Citifinancial Auto,   Po Box 183036,
             Columbus, Oh 43218-3036
6261706      EDI: HFC.COM Apr 21 2010 18:48:00     HSBC Card Services,   PO Box 60136,
             City of Industry, CA 91716-0136
6261707      EDI: IRS.COM Apr 21 2010 18:48:00     IRS,   P.O. Box 21126,   Philadelphia PA 19114
6261709      EDI: USBANKARS.COM Apr 21 2010 18:48:00     US Bank, N.A.,   4801 Frederica Street,
             Owensboro, KY 42301
6261710     +EDI: USBANKARS.COM Apr 21 2010 18:48:00     US Bank,   PO Box 20005,   Owensboro, KY 42304-0005
6261711     +EDI: UTAHTAXCOMM.COM Apr 21 2010 18:48:00     Utah State Tax Commission,   Bankruptcy Unit,
             210 North 1950 West,   Salt Lake City, UT 84134-9000
6809760     +EDI: AFNIVZWIRE.COM Apr 21 2010 18:48:00     Verizon Wireless,   P.O. Box 96088,
             Bellevue, WA 98009-8800
6261712      EDI: AFNIVZWIRE.COM Apr 21 2010 18:48:00     Verizon Wireless,   PO Box 9622,
             Mission Hills, CA 91346-9622
                                                                                   TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6809748*     DCFS USA LLC,   136509 Heritage Pkwy,   Fort Worth, TX 76177
6809761*    +WallWork Financial Corp,   PO Box 628,   Fargo, ND 58107-0628
                                                                                TOTALS: 0, * 2
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 1088-2          User: mtm               Page 2 of 2              Date Rcvd: Apr 21, 2010
Case: 08-29202                Form ID: rab18j         Total Noticed: 38
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2010**                    **Signature:**